# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID SPILLER,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 18-4188 |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 1st day of June 2020, following a non-jury trial in this matter and careful consideration of the parties' proposed findings of fact and conclusions of law, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED that VERDICT and JUDGMENT are entered in favor of Plaintiff in the amount of $175,000.00 on Count II of Plaintiff's Complaint**. Count I having previously been dismissed by joint stipulation of the parties, this matter is now closed.

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.